# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNIVERSITY OF TENNESSEE RESEARCH
FOUNDATION AND SAINT MATTHEW
RESEARCH, LLC,

        *Plaintiffs,*

        v.

HEWLETT PACKARD ENTERPRISE COMPANY
AND HP ENTERPRISE SERVICES, LLC.

        *Defendants*.

Civil Action No. 3:17-cv-185

**JURY TRIAL DEMANDED**

## CORPORATE DISCLOSURE STATEMENT

Plaintiff University of Tennessee Research Foundation ("UTRF" or "Plaintiff") hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. UTRF has no parent and there is no publicly held corporation that owns 10% or more of its corporate stock.

Dated: May 3, 2017

Respectfully submitted,

s/Wayne A. Ritchie II _____
WAYNE A. RITCHIE II (BPR 013936)
JAMES R. STOVALL (BPR #032512)
RITCHIE, DILLARD, DAVIES
    & JOHNSON, P.C.
606 West Main Avenue, Suite 300
P.O. Box 1126
Knoxville, Tennessee 37901-1126
(865) 637-0661
E-mail: war@rddjlaw.com
E-mail: jstovall@rddjlaw.com

OF COUNSEL:

Dorian S. Berger (CA SB No. 264424)
*pro hac vice application forthcoming*
Daniel P. Hipskind (CA SB No. 266763)
*pro hac vice application forthcoming*
Eric B. Hanson (CA SB No. 254570)
*pro hac vice application forthcoming*
BERGER & HIPSKIND LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 95047
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: ebh@bergerhipskind.com

*Attorneys for Plaintiffs University of*
*Tennessee Research Foundation and Saint*
*Matthew Research, LLC*