UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:17-CV-184 |
| MICROSOFT CORPORATION, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:17-CV-185 |
| HEWLETT PACKARD ENTERPRISE COMPANY, and HP ENTERPRISE SERVICES, LLC., | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:17-CV-186 |
| ORACLE AMERICA, INC., | ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br>      Plaintiffs,<br>v.<br><br>SAP AMERICA, INC. AND SYBASE, INC.,<br><br>      Defendants. | No. 3:17-CV-187 |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,<br><br>      Plaintiffs,<br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>      Defendant. | No. 3:17-CV-191 |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,<br><br>      Plaintiffs,<br>v.<br><br>CLOUDERA, INC,<br><br>      Defendant. | No. 3:17-CV-192 |

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>INTERNATION BUSINESS MACHINES CORPORATION,  )<br>)<br>)<br>Defendant.  )  | No. 3:17-CV-193 |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>TERADATA OPERATIONS, INC.,  )<br>)<br>Defendant.  )  | No. 3:17-CV-194 |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned cases are related to <u>University of Tennessee Research Foundation and Saint Matthew Research, LLC v. Amazon.Com, Inc and Amazon Web Services, Inc.</u>, No. 3:17-CV-181. The Court finds that the above cases arises out of the same transaction or occurrence and involves one or more of the same parties. Therefore, all these cases are related. <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to District Judge Harry S. Mattice, Jr. and Magistrate Judge C. Clifford Shirley, Jr., this case will also be assigned to District Judge Harry S. Mattice, Jr. and Magistrate Judge C. Clifford Shirley, Jr. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:
  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge