# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,** *Plaintiffs,* v. **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,** *Defendants.* | **Civil Action No. 3:17-cv-00181-HSM-CCS** **JURY TRIAL DEMANDED** |
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,** *Plaintiffs,* v. **MICROSOFT CORPORATION,** *Defendant.* | **Civil Action No. 3:17-cv-00184-HSM-CCS** **JURY TRIAL DEMANDED** |
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,** *Plaintiffs,* v. **HEWLETT PACKARD ENTERPRISE COMPANY AND HP ENTERPRISE SERVICES, LLC,** *Defendants.* | **Civil Action No. 3:17-cv-00185-HSM-CCS** **JURY TRIAL DEMANDED** |

| | |
|---|---|
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br><br>    *Plaintiffs,*<br><br>        v.<br><br>**ORACLE AMERICA, INC.,**<br><br>    *Defendant.* | Civil Action No. 3:17-cv-00186-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br><br>    *Plaintiffs,*<br><br>        v.<br><br>**SAP AMERICA, INC. AND SYBASE, INC.,**<br><br>    *Defendants.* | Civil Action No. 3:17-cv-00187-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br><br>    *Plaintiffs,*<br><br>        v.<br><br>**CITRIX SYSTEMS, INC.,**<br><br>    *Defendant.* | Civil Action No. 3:17-cv-00191-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br><br>    *Plaintiffs,*<br><br>        v.<br><br>**CLOUDERA, INC.,**<br><br>    *Defendant.* | Civil Action No. 3:17-cv-00192-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> *Defendant*. | Civil Action No. 3:17-cv-00193-HSM-CCS <br><br> **JURY TRIAL DEMANDED** |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> TERADATA OPERATIONS, INC., <br><br> *Defendant*. | Civil Action No. 3:17-cv-00194-HSM-CCS <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING MOTION OF DANIEL P. HIPSKIND TO APPEAR *PRO HAC VICE*

Upon motion by Daniel P. Hipskind for admission *pro hac vice* and for good cause shown, the Court finding that the movant has fulfilled the requirements of E.D. Tenn. L.R. 83.5(b)(1), motion is GRANTED.

It is so ORDERED this ___ day of May, 2017.

_____
Hon. Henry S. Mattice, Jr.
Judge, United States District Court