# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| University of Tennessee Research Foundation and Saint Matthew Research, LLC <br><br> *Plaintiff(s)* <br> v. <br> Hewlett Packard Enterprise Company and HP Enterprise Services, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:17-cv-185 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hewlett Packard Enterprise Company
Serve Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wayne A. Ritchie II
Ritchie, Dillard, Davies & Johnson, P.C.
606 W. Main St., Suite 300
Knoxville, Tennessee 37902
(865) 637-0661

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/02/2017

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hewlett Packard Enterprise Company
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* The Corporation Trust Company , who is
designated by law to accept service of process on behalf of *(name of organization)* Hewlett Packard Enterprise Company on *(date)* 5-12-2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/22/17

Linda Carter
*Server's signature*

Linda Carter, Paralegal
*Printed name and title*

P.O. Box 1126, Knoxville, TN 37901
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Amy McLaren*  ☐ Agent ☑ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br>Hewlett Packard Enterprise Co.<br>Serve: The Corp. Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>RECEIVED MAY 1 2 2017 |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UTRF

MAY 2 2 2017

Wayne A. Ritchie II
Ritchie, Dillard, Davies & Johnson, P.C.
Post Office Box 1126
Knoxville, Tennessee 37901-1126

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70111150000101422271

   Delivered

**Updated Delivery Day:** Friday, May 12, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Return Receipt
Up to $50 insurance included Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 12, 2017, 6:43 am** | **Delivered** | **WILMINGTON, DE 19801** |

Your item was delivered at 6:43 am on May 12, 2017 in WILMINGTON, DE 19801.

| | | |
|---|---|---|
| May 11, 2017, 11:12 am | Available for Pickup | WILMINGTON, DE 19801 |
| May 11, 2017, 10:03 am | Arrived at Unit | WILMINGTON, DE 19801 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 10, 2017, 4:53 pm | Departed USPS Destination Facility | WILMINGTON, DE 19850 |

See More ∨

## Available Actions

**Text Updates** ∨

**Email Updates** ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**