| | | |
|---|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION and SAINT MATTHEW RESEARCH, LLC,<br><br>    *Plaintiffs*,<br><br> v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY and HP ENTERPRISE SERVICES, LLC<br><br>    *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:17-cv-00185-HSM-CCS |

## JOINT STIPULATION AND MOTION TO DISMISS
## HP ENTERPRISE SERVICES, LLC

WHEREAS, the University of Tennessee Research Foundation ("UTRF") and Saint Matthew Research, LLC ("SMR") (collectively, "Plaintiffs") filed a lawsuit naming as defendants HP Enterprise Services, LLC ("HPES"), and Hewlett Packard Enterprise Company ("HPE") in the U.S. District Court for the Eastern District of Tennessee, captioned University of Tennessee Research Foundation, et al., v. Hewlett Packard Enterprise Company, et al., Case No. 3:17-cv-00185 ("the Case");

WHEREAS, Plaintiffs' complaint identifies certain products, *see* Dkt. 1 ¶ ¶ 56, 85, 108, 126, of infringing the patents-in-suit ("the Accused Products");

WHEREAS, HPES does not currently exist, but rather was a subsidiary of HPE whose name was changed to Enterprise Services LLC ("ES") and then spun off and merged with an independent company to form a new independent company, DXC Technology Company ("DXC"), prior to the filing of the Case;

WHEREAS, DXC and ES do not develop, make, or sell the Accused Products and are third parties to the Case;

AND WHEREAS, Plaintiffs and HPE wish to streamline the Case by dismissing unnecessary parties, Plaintiffs and HPE agree as follows:

1. HPE stipulates as follows:
    a. HPE is responsible for developing, making, and selling the Accused Products and is correctly named as a defendant for the allegations presently in Plaintiffs' complaint; and
    b. HPE will not use the dismissal of HPES from the Case as a basis for opposing discovery of information in HPE's possession, custody, or control. HPE reserves all other objections.
2. Based on HPE's stipulations above, Plaintiffs hereby move to dismiss HPES without prejudice as a defendant in the Case.

| /s/ Michael A. Valek | /s/ Daniel P. Hipskind |
|---|---|
| Matthew J. Evans (BPR #017973)<br>Lindsey M. Collins (BPR #033426)<br>PAINE BICKERS LLP<br>900 South Gay Street, Suite 2200<br>Knoxville, TN 37902<br>(865) 525-0880<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark Reiter (admitted pro hac vice)<br>Tracey B. Davies (admitted pro hac vice)<br>Michael A. Valek (admitted pro hac vice)<br>2100 McKinney Ave, Suite 1100<br>Dallas, TX 75201<br>(214) 698-3100<br>MReiter@gibsondunn.com<br>TDavies@gibsondunn.com<br>MValek@gibsondunn.com<br><br>Neema Jalali (admitted pro hac vice)<br>555 Mission St, Suite 3000<br>San Francisco, CA 94105<br>(415) 393-8200<br>NJalali@gibsondunn.com<br><br>*Attorneys for Defendant Hewlett Packard Enterprise Company and HP Enterprise Services, LLC* | WAYNE A. RITCHIE II (BPR 013936)<br>JAMES R. STOVALL (BPR #032512)<br>RITCHIE, DILLARD, DAVIES<br>& JOHNSON, P.C.<br>606 West Main Avenue, Suite 300<br>P.O. Box 1126<br>Knoxville, Tennessee 37901-1126<br>(865) 637-0661<br>E-mail: war@rddjlaw.com<br>E-mail: jstovall@rddjlaw.com<br><br>OF COUNSEL:<br><br>Dorian S. Berger (CA SB No. 264424)<br>*Admitted pro hac vice*<br>Daniel P. Hipskind (CA SB No. 266763)<br>*Admitted pro hac vice*<br>Eric B. Hanson (CA SB No. 254570)<br>*Admitted pro hac vice*<br>BERGER & HIPSKIND LLP<br>1880 Century Park East, Ste. 815<br>Los Angeles, CA 95047<br>Telephone: 323-886-3430<br>Facsimile: 323-978-5508<br>E-mail: dsb@bergerhipskind.com<br>E-mail: dph@bergerhipskind.com<br>E-mail: ebh@bergerhipskind.com<br><br>*Attorneys for Plaintiffs University of Tennessee Research Foundation and Saint Matthew Research, LLC* |