IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION and SAINT MATTHEW RESEARCH, LLC, )<br>)<br>)<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>HEWLETT PACKARD ENTERPRISE COMPANY and HP ENTERPRISE SERVICES, LLC )<br>)<br>)<br>)<br>*Defendants*. )<br>) | Civil Action No. 3:17-cv-00185-HSM-CCS |

## ORDER GRANTING MOTION TO DISMISS HP ENTERPRISE SERVICES, LLC WITHOUT PREJUDICE
## [PROPOSED]

The Parties have filed a joint stipulation and motion to dismiss HP Enterprise Services, LLC without prejudice. For good cause shown, the motion is **GRANTED**.

Accordingly, all claims asserted in the matter against Defendant HP Enterprise Services, LLC are DISMISSED WITHOUT PREJUDICE. All attorneys' fees, costs, and expenses shall be borne by the incurring party.

**IT IS SO ORDERED** this \_\_\_\_ day of August, 2017.

_____
Hon. Henry S. Mattice, Jr.
Judge, United States District Court