IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION and SAINT MATTHEW RESEARCH, LLC, | ) ) ) ) | |
|---|---|---|
| *Plaintiffs*, | ) ) | Civil Action No. 3:17-cv-00185-HSM-CCS |
| v. | ) ) ) | |
| HEWLETT PACKARD ENTERPRISE COMPANY and HP ENTERPRISE SERVICES, LLC | ) ) ) ) | |
| *Defendants*. | ) ) | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC, by and through undersigned counsel, hereby disclose the following:

- HP Enterprise Services, LLC, was a wholly owned subsidiary of Hewlett Packard Enterprise Company whose name was changed to Enterprise Services LLC and then spun off on April 1, 2017 into an independent company, DXC Technology Company, prior to the filing of the Case. The parties have jointly moved to dismiss HP Enterprise Services, LLC. *See* ECF No. 24.

- Hewlett Packard Enterprise Company is a publicly held corporation and it has no parent corporation. Upon information and belief, Dodge & Cox is the only institution holding 10 percent or more of Hewlett Packard Enterprise Company's stock. Upon information and belief, no single fund managed by Dodge & Cox holds more than 10 percent.

Dated: August 31, 2017

Respectfully Submitted,

*/s/ Mark N. Reiter*
GIBSON, DUNN & CRUTCHER LLP
Mark N. Reiter (admitted pro hac vice)
mreiter@gibsondunn.com
Michael A. Valek (admitted pro hac vice)
mvalek@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

GIBSON, DUNN & CRUTCHER LLP
Neema Jalali (admitted pro hac vice)
njalali@gibsondunn.com
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8200
Fax: (415) 393-8306

PAINE BICKERS LLP
Matthew J. Evans (BPR #017973)
Lindsey M. Collins (BPR #033426)
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
Tel: (865) 525-0880
Fax: (865) 521-744

*Attorneys for Defendants Hewlett Packard Enterprise Company
and HP Enterprise Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Mark N. Reiter*
Mark N. Reiter