IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION and SAINT MATTHEW RESEARCH, LLC,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY and HP ENTERPRISE SERVICES, LLC<br><br>      *Defendants*. | Civil Action No. 3:17-cv-00185-HSM-CCS |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Having considered Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC's Motion to Dismiss or Transfer, the issues having been briefed by the parties and having been given due deliberation thereto, the Court finds that Defendants' Motion should be GRANTED.

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint for Patent Infringement is hereby dismissed.

SIGNED this ____ day of _____, 2017.

 

_____
The Honorable Henry S. Mattice, Jr.
Judge, United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Mark N. Reiter*
Mark N. Reiter