# EXHIBIT B



# HPE Partner Ready for Technology Partner Program

2017 Program guide

Program guide

Case 3:17-cv-00185-HSM-CCS   Document 27-2   Filed 08/31/17   Page 2 of 20   PageID #: 391

# Contents

- The HPE vision .................................................................................................................................4
- The value of partnership ....................................................................................................................4
- Welcome to the HPE Partner Ready for Technology Partner Program .............................................4
- Why partner with HPE? ......................................................................................................................4
- HPE business unit(s) alignment .........................................................................................................5
- HPE Servers .......................................................................................................................................6
  - HPE Storage ...................................................................................................................................6
  - HPE Networking .............................................................................................................................6
  - HPE Integrated Systems .................................................................................................................7
  - HPE Software .................................................................................................................................7
  - Enterprise Services ........................................................................................................................7
- Program structure ..............................................................................................................................8
- Program benefits ................................................................................................................................9
- General benefits .................................................................................................................................9
  - Registered HPE Technology Partner ...........................................................................................10
  - HPE Partner Ready Program center support ..............................................................................10
  - Partner welcome letter and guide ................................................................................................10
  - HPE Partner Ready portal access ................................................................................................10
  - HPE alliances monthly newsletter ................................................................................................10
  - Access to engage in cross-HPE business units ...........................................................................10
  - Access to HPE Financial Services ...............................................................................................10
  - Access to HPE business units' alliance resources ......................................................................11
  - Eligibility for GPC awards .............................................................................................................11
  - Joint HPE business plan ...............................................................................................................11
  - Assigned WW HPE Alliance Executive ........................................................................................11
  - HPE Strategic Alliances Partner Advisory Board invitation .........................................................11
  - Dedicated WW HPE Alliance Executive ......................................................................................11
  - HPE executive sponsor—member of HPE Executive Council ....................................................12
- Technology and innovation benefits .................................................................................................12
  - Access to HPE Partner TekTalks webinars .................................................................................12
  - Access to development tools and information ............................................................................12
  - Access to new product introduction webinars .............................................................................13
  - Discount on HPE equipment for test and development ..............................................................13
  - Access to testing resources .........................................................................................................13
  - Hosting of trial demo software—Solution Demo Portal ...............................................................13
  - Joint product roadmap alignment .................................................................................................13
  - HPE products roadmap review—one per year ............................................................................13

**Program guide**

    HPE products roadmap review—two per year ................................................................................................................. 13

    HPE products roadmap review—partner requested ................................................................................................ 13

    Collaborate on transformation area solution development ................................................................................... 14

Marketing benefits ................................................................................................................................................................... 14

    HPE Discover event invitation ............................................................................................................................................. 14

    Social media marketing .......................................................................................................................................................... 14

    Two-page product integration brochure with HPE ................................................................................................... 15

    Listing on HPE.com webpage ............................................................................................................................................. 15

    Use of the HPE partner insignias ...................................................................................................................................... 15

    Invitation for partner to sponsor HPE events ............................................................................................................. 15

    HPE Global Partner Conference invitation ................................................................................................................... 15

    Press release support ............................................................................................................................................................ 15

    Planning customer success stories .................................................................................................................................. 15

    Collaborative marketing plan .............................................................................................................................................. 16

    Assigned HPE Global Partner Marketing Manager ................................................................................................... 16

    HPE field education webcast—one per year ............................................................................................................... 16

    Dedicated HPE.com webpage ........................................................................................................................................... 16

    HPE field education webcast—two per year .............................................................................................................. 16

    Demand generation programs ........................................................................................................................................... 16

Revenue enablement benefits ............................................................................................................................................. 16

    Discount on third-party marketing vendor services ................................................................................................. 17

    Access to Executive Briefing Centers ............................................................................................................................. 17

    HPE Presales opportunity enablement .......................................................................................................................... 17

    Joint pipeline reviews ............................................................................................................................................................ 17

Membership fees ..................................................................................................................................................................... 17

Membership renewal .............................................................................................................................................................. 18

Partner requirements ............................................................................................................................................................. 18

Help and support ..................................................................................................................................................................... 19

FAQ ................................................................................................................................................................................................ 19

## The HPE vision

Hewlett Packard Enterprise will focus on the enterprise, both large and small. We'll continue to be **innovators at heart**—that's in our DNA. However, we will also put our **partnerships first** by building long-term relationships with our customers and partners. Moreover, we will have a bias for action to take advantage of every opportunity.

It's all about taking our mutual customers' businesses further, faster. It's about Hewlett Packard Enterprise enabling what's next for you, our partners, the way you want it. It's also about creating what's next. For example, the next advancements in compute, storage, networking, software, and services. It's about envisioning and inventing what's new in areas we haven't even yet imagined.

This will be at the heart of Hewlett Packard Enterprise.

"We're living in an **idea economy**, and it has never been easier for someone to turn a concept into reality. Hewlett Packard Enterprise will be the means by which older companies will move into the new world. And we will rely heavily on our partners to lead our joint customers to this **New Style of Business—powered by IT**."

– Meg Whitman, President and CEO, HPE

## The value of partnership

While Hewlett Packard Enterprise may be a new corporate entity, the value and importance we place on our partnership with you remains the same. Our founders understood the value of people working together toward a common goal, as well as the impact of collaboration on the world around us.

It's our belief in teamwork that has inspired us to continually improve and bring innovation to our global customer base. For over 30 years, we have led the industry in delivering the technology, support, motivation, and rewards that enable you, our partners, to inspire the world.

## Welcome to the HPE Partner Ready for Technology Partner Program

The program enables independent software vendors (ISVs) and independent hardware vendors (IHVs) to integrate, test, and market your products with industry-leading HPE technology.

The program also offers compelling partner benefits, clear program requirements, and a predictable partner experience that extends across HPE business units and technologies. It is your single gateway to all the resources you need.

This program guide is designed to give a comprehensive overview of the new program, its membership structure, the available benefits, and partner requirements.

## Why partner with HPE?

For three very good business reasons: to expand your customer base, increase market share, and speed revenue growth.

You can realize these business benefits since the Partner Ready for Technology Partner Program helps you:

- Make your offerings more technically robust by integrating them with HPE technologies.
- Validate your offerings by testing them with appropriate HPE technologies.
- Grow your business by taking advantage of the marketing and revenue enablement benefits of the program.

We deliver alignment between you and the most appropriate HPE business units to help ensure that we have the right people working together to satisfy the technology needs of our mutual customers.

We also deliver the right tools, processes, and resources to assist you in developing and selling products that empower your customers to accelerate their business success. Working with you, we'll build technologies focused on transformation areas that address the precise needs of our mutual customers.

One of the principles behind HPE partnering is **access**.

- **Access to a finely tuned partnering engine:** We immediately integrate your team into our partnering organization by providing you with a variety of information, tools, and people. This gets us working together and enables a strong and sustainable partnership.
- **Access to technology:** You quickly advance down a path of enhancing and verifying your offerings on HPE technology. You gain access to HPE testing resources including simulators as well as virtual or physical testing environments. This makes what you sell more attractive to your customers and prospects.
- **Access to markets:** Once your HPE-based products have been tested, we help you share it with the world. You can feature it in HPE events and conferences, display it with HPE partnership insignias, and develop customized marketing plans to address your chosen markets.
- **Access to customers:** At the end of the day, selling happens one customer at a time, especially with strategic customers. Hewlett Packard Enterprise already has relationships with many of your sales prospects. You may be able to leverage these relationships to increase your revenue and market share.

In addition, partnering with Hewlett Packard Enterprise allows you to leverage one of the most trusted brands on the planet:

- One of the largest technology companies in the world
- A market share leader with outstanding rankings in IT strategy, applications, and operations
- A global company with operations in more than 170 countries

Now is the time to form a valuable and sustainable partnership with Hewlett Packard Enterprise. Working together, we can deliver excellence and innovation to our mutual customers.

## HPE business unit(s) alignment

A new feature of the Partner Ready program is the strong alignment between your offerings and the most appropriate HPE business unit(s). This streamlines your access to those in Hewlett Packard Enterprise, who can directly create compelling integrated technology.

We align your organization with either a single HPE business unit or multiple if needed. During program enrollment, be clear about the alignment that you think suits you best.

The HPE business units are:

- Servers
- Storage
- Networking
- Software
- Integrated Systems
- Enterprise Services

# HPE Servers

Hewlett Packard Enterprise provides one of the broadest server portfolio in the industry to assist both small and medium businesses (SMB) and enterprise customers.

This server portfolio offers you significant market leadership:

- World leader in total server revenue—with 27.5 percent revenue share[1]
- #1 in the x86 server market, leading in worldwide server shipments for nearly 14 consecutive years[1]
- Dominant for 4 decades with HPE NonStop servers, delivering the highest level of availability and reliability with 100 percent fault tolerance[1]
- #1 in server revenue for density optimized and blade servers—with 36.5 percent revenue share, leading the blade market in revenue and units for more than nine consecutive years[1]
- #1 in the ARM®-based market segment in worldwide revenue (HPE Moonshot servers)[2]

The HPE Server portfolio includes:

- HPE rack, tower, blade, and density-optimized servers
- HPE Mission-Critical Servers
    - HPE Integrity Superdome X Servers
    - HPE Integrity NonStop Servers
    - HPE Integrity servers with HP-UX

# HPE Storage

HPE Storage is widely recognized as a storage industry leader with a flexible array of products.

The storage portfolio is deeply integrated with our rich ISV ecosystem of partner products to deliver enhanced, end-to-end storage, data availability, and protection and retention offerings to meet customer needs. The storage portfolio is tested with a documented set of best practices and test plans—for rapid and worry-free deployment.

HPE Storage Data Agile assists ISVs who want to test, validate, and promote their software with HPE Storage products.

The HPE Storage portfolio includes:

- HPE StoreOnce Backup systems and software
- HPE StoreEver tape drives and libraries
- HPE 3PAR File Persona Software and HPE StoreServ
- Other products across the HPE Storage portfolio

# HPE Networking

Over 58,000 companies worldwide are involved in networking. However, we deliver simplicity with a unified, consistent, standards-based architecture that spans from the application to the user—in the data center or in the cloud.

When you partner with us, you gain access to expertise in the latest network arrays, controllers, switches, software, standards, and management tools. Our goal is to build simpler, unified networks that rely on open standards, software-defined networking, automation, and more to support today's demanding IT needs.

---

[1] IDC Worldwide Quarterly Server Tracker for Q3 of 2015, December 2015.
[2] IDC Server Report, March 2016.

The HPE Networking portfolio includes:

- Network services via HPE Virtual Application Networks, Software-defined Network (SDN) Controller, and HPE OpenFlow switches
- SDN applications, which enable you to program your network to align with business needs

**82%**
of global 100 companies trust their networks to Hewlett Packard Enterprise[3]

## HPE Integrated Systems

Many data centers today spend 40 percent or more of their budgets on systems integration. Patching, support, and maintenance costs can escalate quickly and spiral out of control. For Hewlett Packard Enterprise, answer lies in fully integrated and converged IT systems that are optimized for today's most critical workloads—architected with compute, storage, networking, and software all in one. Integrated systems should also provide intelligent, automated management plus the scalability and elasticity to handle ever-changing workloads.

The HPE Integrated Systems portfolio includes:

- **HPE ConvergedSystem and Hyper ConvergedSystem**—deploy new systems in weeks instead of months, set up IT services in seconds, and fix problems before they disrupt operations.
- **HPE Composable Infrastructure**—enhance core applications for traditional business and cloud in a single architecture that leverages fluid pools of compute, storage, and fabric.
- **HPE Internet of Things (IoT)**—extract valuable insights from the data generated by today's proliferation of connected devices.
- **HPE OpenNFV**—help communication service providers (CSPs) move to cloud with network functions virtualization (NFV).
- **Telco cloud services**—help CSPs move to a hybrid infrastructure, transitioning data, and applications to the cloud.

## HPE Software

HPE Software helps organizations do four things well: transform to a hybrid infrastructure, protect the digital enterprise, empower the data-driven organization, and enable workplace productivity.

We deliver software that drives each of these goals through streamlined and improved data center management, industry-leading security, cloud-based applications and services, and Big Data analytics.

The HPE Software portfolio includes:

- **IT management**—for partners who want to build products on top of the HPE Enterprise Software IT Operations Management and HPE Application Delivery Management portfolio
- **Information management**—for ISVs who want to build products on top of the HPE Enterprise Software Information Management portfolio
- **Big Data**—for partners interested in building products that integrate with the HPE Big Data portfolio
- **Enterprise security**—for partners who want to build products on top of HPE Security ArcSight, HPE Security Fortify, and HPE TippingPoint
- **Cloud**—for software and hardware vendors designing products that help customers transform to cloud-based applications and services

## Enterprise Services

HPE Enterprise Services delivers IT consulting services and support to architect, deploy, and help optimize your customers' technology assets. We make IT transformation a reality for leading enterprises across the globe.

With specialized departments in critical aspects of IT—such as hybrid infrastructure, data science, information security, and hyper-connected architectures—we can enhance business outcomes and improve your customers' return on technology investments.

---

[3] Based on the 2014 Fortune Global 100.

The HPE Enterprise Services portfolio includes:

- Applications
- Big Data
- Business process
- Cloud
- Sector insights
- IT infrastructure
- Mobility and workplace
- Security and risk management

## Program structure

The Partner Ready for Technology Partner Program offers four partnering tiers. The concept is simple: the more you are willing and able to commit to mutual business success with Hewlett Packard Enterprise, the greater your access to a wide range of benefits.

Hewlett Packard Enterprise has retained these membership tiers from our current market-leading Partner Ready Partner Program. Our partners have told us that these tiers provide clarity and flexibility. We will work with you to ensure that you enter the program at the right tier for your business.

This program structure enables you to move up the tiers as your business grows and our partnership develops. See the tiers in the following graphic.



**Figure 1.** Partnership levels

## Program benefits

In designing the Partner Ready for Technology Partner Program, we've spent many hours listening to hundreds of HPE partners. We've paid attention to what they say are the business and technology essentials they need to succeed. In addition, we've made sure to include those as core benefits of the program.

These benefits span multiple business dimensions:

- General
- Technology and innovation
- Marketing
- Revenue enablement

Partners in every tier—Business, Silver, Gold, and Platinum—receive benefits in all dimensions. The higher you move up in tier, the greater the benefits.

For further information on any of the available benefits, email: PRTechPartner@hpe.com

Review the following tables and descriptions to understand the specific benefits by tier.

## General benefits

Overall program benefits cover the basics of your partnership with Hewlett Packard Enterprise including access to information, people, and resources. The following table displays the benefits by membership tier.

**Table 1.** General benefits

| General benefits | Business | Silver | Gold | Platinum |
|---|---|---|---|---|
| **Registered HPE Technology Partner** | ✓ | ✓ | ✓ | ✓ |
| **HPE Partner Ready Program center support** | ✓ | ✓ | ✓ | ✓ |
| **Partner welcome letter and guide** | ✓ | ✓ | ✓ | ✓ |
| **HPE Partner Ready portal access** | ✓ | ✓ | ✓ | ✓ |
| **HPE Alliances monthly newsletter** | ✓ | ✓ | ✓ | ✓ |
| **Access to engage in cross-HPE business units** | ✓ | ✓ | ✓ | ✓ |
| **Access to HPE Financial Services** | ✓ | ✓ | ✓ | ✓ |
| **Access to HPE business units' alliance resources** | | ✓ | ✓ | ✓ |
| **Eligibility for GPC awards** | | | ✓ | ✓ |
| **Joint HPE business plan** | | | ✓ | ✓ |
| **Assigned WW HPE Alliance Executive** | | | ✓ | |
| **HPE Strategic Alliances Partner Advisory Board invitation** | | | ✓ | ✓ |
| **Dedicated WW HPE Alliance Executive** | | | | ✓ |
| **HPE executive sponsor—member of HPE Executive Council** | | | | ✓ |

### Registered HPE Technology Partner
As a registered HPE partner, you can leverage the HPE brand and HPE technology in your marketing communications. This helps expand your prospect base by showing your offerings' interoperability with the leading and open platforms of Hewlett Packard Enterprise. You can also take advantage of a wide variety of sales, marketing, and education resources.

### HPE Partner Ready Program center support
The Partner Ready Program support team is your go-to resource for support with your program membership. The members of the team can help you maximize your program membership benefits by answering questions and providing access to needed resources. Contact the center as often as you need.

The program center support team can be contacted at the following email address—PRTechPartner@hpe.com.

### Partner welcome letter and guide
When you join the program, you will receive the welcome letter—a concise business overview of the program tailored to your specific partnering tier, and the HPE business unit(s) alignment. You will also receive the latest copy of this program guide. This will help with quick orientation and you can begin to leverage the program benefits.

### HPE Partner Ready portal access
As an HPE Partner Ready member, you have access to a wealth of information, tools, and resources on a dedicated Partner Ready portal. This includes information customized to your individual membership and HPE business unit(s) affiliation. The portal is also your go-to resource for your testing and product integration needs.

Once you have been accepted as a program member, you can log in to the HPE Partner Ready portal

### HPE alliances monthly newsletter
Information is power, especially when the information is concise, revenue enabling, and directed at the success of our partnership. We won't clutter your inbox with marketing fluff. Rather, expect a regular cadence of valuable product details, forward-looking market trend analysis, sales tools, training opportunities, value-added services opportunities, vertical industry insights, late-breaking competitive updates, and more. You can identify specific contacts within your organization to receive the newsletter so you can be plugged into the information flow now.

### Access to engage in cross-HPE business units
Sophisticated IT offerings often require sophisticated alignment of people and technologies. For that reason, we will determine with you exactly what players and capabilities you need across all HPE business units to deliver mutual success. The goal here is optimized partnership, not overkill, so we will identify specific and necessary ways to collaborate. This can include product integration testing, marketing, and more. We will not waste your time and trust you to reciprocate. Tell us exactly what forms of interlock you think you require and why. We can then arrive at a plan, support each other, and quickly mobilize to get it done.

### Access to HPE Financial Services
Customers need more than technology solutions. They need the ability to develop an innovative capital strategy to satisfy their individual capital and operating expense goals. HPE Financial Services bridges the gap between your customer's business needs and their IT strategy, empowering you to offer them a variety of financial and leasing IT consumption options. This is a benefit especially crucial for smaller companies who may not have multiple demands on their limited capital. HPE Financial Services lets you work directly with your customer to meet their business financial needs while we manage the complexity and execution of the financial instruments.

As part of the Partner Ready for Technology Partner Program, HPE Financial Services engages directly with service providers to help acquire HPE technology for their own internal needs. This collaborative partnership can offer business benefits to you and your customers. Partner financing is especially attractive when combined with another benefit of the Partner Ready for Technology Partner Program: partner discounts for test and development equipment.

**Access to HPE business units' alliance resources**
Hewlett Packard Enterprise will connect you to the right HPE business units to ensure we have the right brain trust to make our integrated technology successful. During program registration, specify the most appropriate alignment you need with HPE business units. Once this alignment is set, you will work through a readiness process that helps ensure your product is integrated with the HPE technology. The three-step readiness process is:

1. Technology tools and downloads
2. Product integration testing
3. Market readiness

Silver, Gold, and Platinum partners gain access to the product integration services within their aligned HPE business unit(s) subject to approval.

**Eligibility for GPC awards**
Hewlett Packard Enterprise gives recognition to partners who make substantial contribution to our mutual business success. Gold and Platinum members are eligible to be nominated for an impressive array of awards given out at our annual Global Partner Conference (GPC). GPC is the single largest HPE partner event in the world where compelling new technologies from both Hewlett Packard Enterprise and partners are showcased. GPC represents a sizable visibility opportunity for award winners. The most prestigious award of Hewlett Packard Enterprise is the **Global Partner of the Year**, given to the company that makes the single most important contribution to customer and revenue success.

**Joint HPE business plan**
A mutual business plan is a vital and living document that helps ensure the vitality of our partnership. It outlines the goals, strategies, and metrics we will use together to achieve shared business success. Gold partners engage with Hewlett Packard Enterprise on a yearly basis to define, adjust, and coordinate efforts, while Platinum partners interlock every six months.

Our **shared** business plan is grounded in something of utmost importance: **your** business plan. We expect you to share relevant details of your strategies and tactics so that together we can determine the best ways to strengthen our partnership and accelerate our mutual revenue and market share growth.

**Assigned WW HPE Alliance Executive**
Gold partners gain access to an assigned worldwide HPE Alliance Executive who will be by your side and help you achieve our mutual business objectives. This executive is a focal point who works on your behalf and ensures you get maximum advantage from the full range of HPE programs and initiatives. And importantly, Hewlett Packard Enterprise measures this individual based on **your** business success.

**HPE Strategic Alliances Partner Advisory Board invitation**
For Hewlett Packard Enterprise, supporting key partners extremely well translates to supporting our business extremely well. For that reason, Gold and Platinum partners are invited to participate in our strategic advisory boards—round tables where you and HPE executives sit as peers to work through both problems and opportunities. Here, we listen intently and respond to your recommendations and needs. Advisory boards allow partners to engage with HPE executives directly to build sustainable success together.

**Dedicated WW HPE Alliance Executive**
Platinum partners gain the assistance of an executive within the HPE Alliances organization that is fully dedicated to your success worldwide. This is an individual seasoned in the challenges and opportunities of technology partnering, and who has the executive presence to help you grow your partnership with Hewlett Packard Enterprise.

## HPE executive sponsor—member of HPE Executive Council

The HPE Executive Council is composed of the direct reports to the CEO of Hewlett Packard Enterprise. Platinum partners gain access to a member of the HPE Executive Council, who will be your HPE Executive Sponsor. In this role, the executive is your strategic ally and advocate within Hewlett Packard Enterprise. They can help in many ways:

1. Provide one-on-one support to your executive team
2. Strategize on go-to-market initiatives
3. Share mutual sales prospect intelligence
4. Break down barriers to our success

Your HPE Executive Sponsor is selected with an eye toward how their specific role and skills might be uniquely beneficial to your business.

## Technology and innovation benefits

Technology and innovation benefits include everything you need to ensure your offerings works well with HPE technology including access to labs, technical information, and people. The following table gives the benefits by membership tier.

**Table 2.** Technology and innovation benefits

| Technology and innovation benefits | Business | Silver | Gold | Platinum |
|---|---|---|---|---|
| **Access to HPE Partner TekTalks webinars** | ✓ | ✓ | ✓ | ✓ |
| **Access to development tools and information** | ✓ | ✓ | ✓ | ✓ |
| **Access to new product introduction webinars** | ✓ | ✓ | ✓ | ✓ |
| **HPE Partner Ready portal access** |  | ✓ | ✓ | ✓ |
| **Discount on HPE equipment for test/development** |  | ✓ | ✓ | ✓ |
| **Access to testing resources** |  | ✓ | ✓ | ✓ |
| **Hosting of trial demo software—Solution Demo Portal** |  |  | ✓ | ✓ |
| **Joint product roadmap alignment** |  |  | ✓ | ✓ |
| **HPE products roadmap review—one per year** |  |  | ✓ |  |
| **HPE products roadmap review—two per year** |  |  |  | ✓ |
| **HPE products roadmap review—partner requested** |  |  |  | ✓ |
| **Collaborate on transformation area solution development** |  |  |  | ✓ |

## Access to HPE Partner TekTalks webinars

Partner TekTalks are webinars hosted by HPE technologists that give you information on the latest technology trends and products. They provide the technical details that help enhance your offerings on the HPE infrastructure. Partner TekTalks are available for a number of subjects including cloud, networking, storage, Mission-Critical Servers, Big Data, and more.

New Partner TekTalks are released every month and are open to your entire technical team. They are presented live online and are archived for replay.

## Access to development tools and information

Through the Partner Ready portal, you gain access to a wide variety of development aids, toolkits, technical white papers, and other information that can help your technical team hone your offering on HPE technology. The information is constantly refreshed to ensure you have the latest information available.

## Access to new product introduction webinars
In preparation for new product introductions, Hewlett Packard Enterprise delivers webinars giving the technical specifications, usage considerations, and benefits of the new offerings. As a Partner Ready member, you are given early access to these seminars so you can understand how they might be of advantage to you and your customers.

## Discount on HPE equipment for test and development
Silver, Gold, and Platinum partners can take advantage of attractive discounts on various HPE equipment for product development, testing, and demonstration purposes. Discounts are available on qualified products, up to certain limits, which vary by product line and membership tiers.

Discounts apply to HPE technologies such as servers, storage, networking, and more. The discount and purchasing process differs by country and by product. Based on your country location, products can be purchased directly from Hewlett Packard Enterprise or through our reseller network.

## Access to testing resources
To ensure quality in your product integration, Silver, Gold, and Platinum partners are given access to testing resources that can help you through the process of testing or verifying your product(s) with the HPE technology.

The HPE testing and integration is a straightforward process. In fact, many of the testing environments can be requested and configured online through the Partner Ready portal. Even with this simplicity, you still may have questions on product configurations, specifications, and usage. Testing and integration resources within your aligned HPE business unit(s) are available to help.

## Hosting of trial demo software—Solution Demo Portal
Visibility is important. Customers rarely purchase without a detailed evaluation. To give Gold and Platinum partners increased visibility, Hewlett Packard Enterprise will host your trial demonstration software on our Solution Demo Portal. By accessing this portal, customers can put your application through its paces remotely, execute demos you have designed, and gain a sense of how your software operates.

This not only expands your marketing and visibility efforts but also provides new business leads so that you can grow revenue and market share.

## Joint product roadmap alignment
Gold and Platinum partnerships reflect heightened commitments by both Hewlett Packard Enterprise and partners. These partnerships also reflect heightened confidential sharing. Part of this sharing is gaining a deep understanding of our respective product roadmaps—the time-phased delivery of new technology to the market.

Both Hewlett Packard Enterprise and partners will share their relevant product roadmaps based on our committed mutual technology plan. This allows both organizations to synchronize their offerings with a foresight of what the other is creating. This helps accelerate the introduction of new integrated technologies that can be both early market entrants and early market share leaders.

## HPE products roadmap review—one per year
Once per year, Gold partners under non-disclosure agreement are given access to view the latest HPE product roadmaps for the HPE business unit(s) with which you are aligned. This insight allows you to anticipate and leverage these new capabilities, thereby advancing your delivery of the latest technological innovations.

## HPE products roadmap review—two per year
Twice per year, Platinum partners under non-disclosure agreement are given access to view the latest HPE product roadmaps for the HPE business unit(s) with which you are aligned. This insight allows you to anticipate and leverage these new capabilities, thereby advancing your delivery of the latest technological innovations.

## HPE products roadmap review—partner requested
In addition to the more general roadmap reviews available, Platinum partners can request specific roadmap updates when and as their business needs evolve. Hewlett Packard Enterprise will work with you closely to satisfy those requests in an effective way.

**Collaborate on transformation area solution development**

The highest degree of partnership with Hewlett Packard Enterprise is the mutual development of solutions. This represents a significant mutual commitment to resources, technologies, and time to co-develop, co-brand, and co-market a solution. It means a strategic alignment not only of technologies but also of business strategies. Because of this heightened commitment level, only Platinum partners have access to collaborative solution development.

## Marketing benefits

Marketing benefits include tools and approaches to help you introduce your technology to your chosen markets including visibility in a wide set of HPE forums. The following table gives the benefits by membership tier.

**Table 3.** Marketing benefits

| Marketing benefits | Business | Silver | Gold | Platinum |
|---|---|---|---|---|
| HPE Discover event invitation | ✓ | ✓ | ✓ | ✓ |
| Social media marketing | ✓ | ✓ | ✓ | ✓ |
| Two-page product integration brochure with HPE | | ✓ | ✓ | ✓ |
| Listing on HPE.com webpage | | ✓ | ✓ | ✓ |
| Use of the HPE partner insignias | | ✓ | ✓ | ✓ |
| Invitation for partner to sponsor HPE events | | ✓ | ✓ | ✓ |
| HPE Global Partner Conference invitation | | | ✓ | ✓ |
| Press release support | | | ✓ | ✓ |
| Customer success stories planning | | | ✓ | ✓ |
| Collaborative marketing plan | | | ✓ | ✓ |
| Assigned HPE Global Partner Marketing Manager | | | ✓ | ✓ |
| HPE field education webcast—one per year | | | ✓ | |
| Dedicated HPE.com webpage | | | | ✓ |
| HPE field education webcast—two per year | | | | ✓ |
| Demand generation programs | | | | ✓ |

### HPE Discover event invitation

HPE Discover brings together more than 10,000 industry-leading IT executives, architects, engineers, partners, and thought leaders from around the world to learn more on how to accelerate change, harness data, manage risk, enable agility, and empower workforce productivity.

As a member of the technology partner program, you receive an invitation to the event. Many partners find it an invaluable venue to connect with many customers and prospects in one place. Check for event fees on the partner portal.

### Social media marketing

We understand that partners need immediate information from Hewlett Packard Enterprise. Time is money. Tap into our Twitter feed for the latest developments on HPE technologies, services, and partner benefits. Retweet the most relevant information to our shared customers so you stay one step ahead of your competition.

**Two-page product integration brochure with HPE**
Customers and prospects expect you to have sales collateral that not only shows your HPE affiliation but also shows that you are embedded in the HPE strategy. The HPE marketing teams will help you develop and produce a customer brochure that highlights your product integration with HPE technology. This brochure will leverage the HPE branding already familiar to HPE customers while giving you ample room for your own branding and messaging.

Most importantly, this brochure helps establish and document the specific value proposition of your offerings on the HPE infrastructure. The brochure is available to Silver, Gold, and Platinum partners.

**Listing on HPE.com webpage**
Before customers buy your products, they nearly always want assurance that it runs on their chosen HPE technology. They often seek that verification from Hewlett Packard Enterprise. Your tested product integration(s) are featured on the HPE ISV and System Integrator portals as appropriate. Many customers expect assurance for this level of quality and interoperability. The HPE.com listing is available to Silver, Gold, and Platinum partners.

**Use of the HPE partner insignias**
Customers are familiar with the HPE branding and partner insignias. Leverage this familiarity by using the appropriate HPE Partner Ready insignia in your marketing materials to promote your membership and build trust and equity in your brand.

Access to the applicable insignia will be granted upon the completion and successful testing of your product integration(s) with Hewlett Packard Enterprise. Guidelines related to the correct use of the HPE partner insignia are found in the terms of the agreement signed upon joining the Partner Ready for Technology Partner Program. Partner insignias are available to Silver, Gold, and Platinum partners.

**Invitation for partner to sponsor HPE events**
It's often difficult to find the right opportunities to optimize how you spend your scarce marketing dollars. One opportunity to consider is sponsoring an HPE event. There are many events to choose from. They occur around the world and each has a theme that is industry or technology focused. These events offer a unique opportunity to pull together a concentrated group of sales prospects already committed to the HPE technology. Sponsorship packages and fees vary by event.

**HPE Global Partner Conference invitation**
HPE Global Partner Conference is our single largest partner event each year. Here, Hewlett Packard Enterprise showcases its latest technology across the full product and services portfolio. It is also an important venue to connect with your HPE business and technology contacts, as well as with other HPE partners.

Gold and Platinum partners will receive an invitation to this annual event. Check for conference fees on the partner portal.

**Press release support**
Marketing efforts need to be multi-channel, leveraging both the latest in social media and some of the more traditional and well-accepted techniques. Customers tell us that press releases are still important.

Members have the opportunity to issue press releases to highlight shared areas of activity and interest. These press releases can include a supportive quote from Hewlett Packard Enterprise. This is a unique opportunity for you and your products to align with specific HPE executives closely. Press release support is available to Gold and Platinum partners.

**Planning customer success stories**
Customers often put a good deal of trust in other customers, hearing their real-life experience of selecting and implementing complex integrated infrastructure.

Hewlett Packard Enterprise will help Gold and Platinum partners design and create customer success stories to leverage our shared success. These efforts are three-way: you, Hewlett Packard Enterprise, and our mutual customer. These are an excellent source of corroborating testimony.

## Collaborative marketing plan

Gold and Platinum partnerships include important strategic planning with Hewlett Packard Enterprise. That is the only way to ensure our business efforts are well integrated. To that end, Hewlett Packard Enterprise conducts collaborative marketing planning with these upper tier partners.

It is an opportunity to agree on our mutual messaging, awareness activities, demand generation, and specific marketing programs to move customers along the path from awareness to consideration, to preference, to purchase.

## Assigned HPE Global Partner Marketing Manager

Hewlett Packard Enterprise is excited to invest people to make our partnerships a success. Gold and Platinum partners are recipients of this investment in the form of an assigned Global Partner Marketing Manager, who will provide marketing support to your marketing team. The manager understands the HPE marketing resources and strategies. The person can also be considered as a virtual member of your marketing team to drive mutual success.

## HPE field education webcast—one per year

To expand market exposure, Gold partners highlight their technology with Hewlett Packard Enterprise in an educational webcast to an onsite selling force from HPE, once per year. This is your opportunity to get your message out to the HPE field sales and technical resources that can help uncover and advance opportunities for our mutual technology.

## Dedicated HPE.com webpage

Customers who are considering purchasing our mutual technology often want to see evidence of the strength of our partnership. Platinum partners get a unique opportunity to highlight that strength. Our marketing teams will work together to craft a webpage on HPE.com specifically dedicated to you and your HPE partnership. It will not only give information on our mutual technologies and messaging but also offer more information about your company and its direction.

## HPE field education webcast—two per year

To expand market exposure, Platinum partners highlight their technology with Hewlett Packard Enterprise in an educational webcast to an onsite selling force from HPE, twice per year. This is your opportunity to get your message out to the HPE field sales and technical resources that can help uncover and advance opportunities for our mutual technology.

## Demand generation programs

Technology selling is rarely easy and success is often based on prudent sales pipeline management. One key sales management requirement is to ensure that a significant number of qualified prospects enter the sales pipeline. Platinum partners gain access to demand generation programs specifically designed to identify and qualify prospects for our mutual technology. We collaborate to define our target customer profile, create a crisp value proposition that speaks to these customers' unique needs, and determine the best channels for message delivery. We also establish a call to action that can trigger the engagement of our selling teams.

# Revenue enablement benefits

Revenue enablement benefits help you accelerate the closure of your sales opportunities. The following table gives the benefits by partnering tier.

**Table 4.** Revenue enablement benefits

| Revenue enablement benefits | Business | Silver | Gold | Platinum |
|---|---|---|---|---|
| Discount on third-party marketing vendor services | ✓ | ✓ | ✓ | ✓ |
| Access to Executive Briefing Centers | | | ✓ | ✓ |
| HPE Presales opportunity enablement | | | ✓ | ✓ |
| Joint pipeline reviews | | | ✓ | ✓ |

**Discount on third-party marketing vendor services**
Hewlett Packard Enterprise has access to a variety of marketing services that can assist you, including lead generation services to help increase revenue. We have negotiated discounts on these services that we pass on to partners.

For further information on the specific marketing partners for your region, email PRTechPartner@hpe.com.

**Access to Executive Briefing Centers**
Gold and Platinum partners can use the HPE facilities as a venue for meeting with shared customers on joint sales opportunities. These are impressive facilities staffed with knowledgeable HPE people who can help make your event a success. The visible partnering between you and Hewlett Packard Enterprise in these events can help advance and close sales opportunities.

Contact your assigned HPE Global Partner Marketing Manager for access to HPE Executive Briefing Centers.

**HPE Presales opportunity enablement**
Gold and Platinum partners have access to a unique support service, which can help them finalize the business opportunity to fully meet the customer's requirements. The service provides efficient and reliable presales support on the entire Enterprise Group portfolio: Servers, Storage, Networking, and Services. The HPE Presales opportunity enablement benefit provides help with technical Q&A on the entire range of Enterprise Group products and solutions, such as support for queries on compatibility, functionality, interoperability, licensing, and services. In addition, HPE Presales will provide help with solution design, by creating or validating EG solutions based on customer's requirements. Let us help you when you are either selling new products, upgrading, or expanding your customer's install base.

**Joint pipeline reviews**
For Gold and Platinum partners, Hewlett Packard Enterprise has a formalized pipeline review process to ensure that both organizations understand the major sales opportunities and apply the needed resources to advance them to closure. These reviews involve sales executives from Hewlett Packard Enterprise and your leadership team, as well as individual sales teams as appropriate. The orientation in these sessions is to ensure we do everything it takes to create an integrated offering that meets our customers' needs.

# Membership fees

The HPE Partner Ready for Technology Partner Program consists of four membership tiers—Business, Silver, Gold, and Platinum. To enter and remain as a member in the program, all partners must:

- Complete the online membership application
- Sign the membership agreement
- Pay the annual membership fee for their tier (mentioned later)
- Meet the program requirements for their tier (mentioned later)

In addition to these membership requirements, Platinum and Gold memberships are by invitation only. Silver and Business memberships are available to all interested partner candidates.

The membership fees are:

- Platinum: $20,000 USD annually
- Gold: $10,000 USD annually
- Silver: $5,000 USD annually
- Business: No cost

## Membership renewal

To maintain your program benefits, annual membership renewal is required. The membership renewal date is on the anniversary of your Technology Partner Agreement acceptance date with Hewlett Packard Enterprise.

For more information on the renewal process, please email us at PRTechPartner@hpe.com.

## Partner requirements

Partners are required to meet a set of criteria to join and remain in the program as detailed in the following table.

**Table 5.** Partner requirements

| | Partner requirements | Business | Silver | Gold | Platinum |
|---|---|---|---|---|---|
| **General** | **Signed partner program agreement** | ✓ | ✓ | ✓ | ✓ |
| | **Membership fee** | | ✓ | ✓ | ✓ |
| | **HPE partner database listing and updates** | | ✓ | ✓ | ✓ |
| | **Assigned business development manager from partner** | | | ✓ | ✓ |
| **Technology and innovation** | **Single product integration completed within six months** | ✓ | ✓ | ✓ | ✓ |
| | **Assigned technical manager from partner** | | | ✓ | ✓ |
| | **4+ HPE product integrations** | | | ✓ | ✓ |
| | **1+ solution focused on HPE transformation areas completed within one year** | | | | ✓ |
| **Marketing** | **Contribution to HPE.com partner profile** | | ✓ | ✓ | ✓ |
| | **Joint collaboration on 2-page marketing brochure** | | ✓ | ✓ | ✓ |
| | **Listing of partnership with HPE on partner website** | | ✓ | ✓ | ✓ |
| | **HPE collaborative transformation area solution marketing content** | | | | ✓ |
| **Revenue** | **Tracked HPE customer revenue ≥ $1 million USD—annual** | | ✓ | | |
| | **Tracked HPE customer revenue ≥ $50 million USD—annual** | | | ✓ | |
| | **Tracked HPE customer revenue ≥ $1 billion USD—annual** | | | | ✓ |

For further information on any of the requirements, email the Program Centre Support team at PRTechPartner@hpe.com.

## Help and support

For help on anything related to your membership, product integration, testing, or marketing, please email us at PRTechPartner@hpe.com.

## FAQ

**Q**. Where do I apply for the Technology Partner Program?

**A**: To learn more about the Technology Partner Program and to join, see hpe.com/partners/technology.

**Q**. Is there a membership fee to join the program?

**A**: Membership fees are annual and are as follows:

- Business Level: $0.00
- Silver Level: $5,000 USD
- Gold Level: $10,000 USD
- Platinum Level: $20,000 USD

**Q**. Will the program allow me to work with multiple HPE business units?

**A**. Yes. You will have the opportunity to select from any of the HPE business units to begin your partnership with. This will include HPE Servers, HPE Storage, HPE Networking, and more.



**Sign up for updates**



© Copyright 2016–2017 Hewlett Packard Enterprise Development LP. The information contained herein is subject to change without notice. The only warranties for Hewlett Packard Enterprise products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. Hewlett Packard Enterprise shall not be liable for technical or editorial errors or omissions contained herein.

ARM is a registered trademark of ARM Limited. All other third-party trademark(s) is/are property of their respective owner(s).

4AA6-5669ENW, February 2017, Rev. 1