UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TERADATA OPERATIONS, INC.,<br><br>Defendant. | Civil Action No. 3:17-cv-00194-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Civil Action No. 3:17-cv-00193-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |

1

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 3:17-cv-00181-HSM-CCS <br><br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § § § § | Civil Action No. 3:17-cv-00184-HSM-CCS <br><br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY and HP ENTERPRISE SERVICES, LLC, | § § § § § § § § § § § § § § § § | Civil Action No. 3:17-cv-00185-HSM-CCS <br><br><br> **JURY TRIAL DEMANDED** |
2

Defendants.

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ORACLE AMERICA, INC., <br><br> Defendant. | Civil Action No. 3:17-cv-00186-HSM-CCS <br><br> **JURY TRIAL DEMANDED** |
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAP AMERICA, INC., <br><br> Defendant. | Civil Action No. 3:17-cv-00187-HSM-CCS <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION FOR CONSOLIDATED CASE-MANAGEMENT CONFERENCE

Defendants in the patent-infringement cases captioned above and listed below, pursuant to Fed. R. Civ. P. 16, move the Court for a consolidated case-management conference that includes attendance by counsel for each of the parties to these cases. For the sake of simplicity

3

and clarity, this Motion is being filed in each individual case. In support of this Motion, Defendants state as follows:

1. This lawsuit is one of seven patent-infringement cases involving some of the same patents that are currently pending in this District. These actions are: *Univ. of Tenn. Research Found., et al. v. Int'l Bus. Machs. Corp.*, No. 3:17-193-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Teradata Operations, Inc.*, No. 3:17-194-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Amazon.com, Inc., et al.*, No. 3:17-181-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Microsoft Corp.*, No. 3:17-184-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Hewlett Packard Enter. Co., et al.*, No. 3:17-185-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Oracle Am., Inc.*, No. 3:17-186-HSM-CCS; and *Univ. of Tenn. Research Found., et al. v. SAP Am., Inc., et al.*, No. 3:17-187-HSM-CCS (collectively, the "UTRF Cases").

2. Two additional cases involving some of the same patents are currently pending in the Middle District of Tennessee: *Univ. of Tenn. Research Fund., et al. v. Citrix Sys., Inc.*, No. 3:17-cv-894; *Univ. of Tenn. Research Found., et al. v. Cloudera, Inc.*, No. 3:17-cv-895.

3. Defendants in each of the UTRF Cases have either filed, or contemporaneously will be filing, this same Motion.

4. Across all seven cases, Plaintiffs have asserted that some or all of the same five patents are allegedly infringed by one or more of the Defendants' products: U.S. Patent No. 6,741,983; No. 7,272,612; No. 7,454,411; No. 7,882,106; and No. 8,099,733 (collectively, the

4

15911087v1 08888-1260
15914820v1 08888-0185
Case 3:17-cv-00185-HSM-CCS   Document 30   Filed 09/13/17   Page 4 of 18   PageID #: 443

"Patents-in-Suit"). In four of the UTRF Cases, all five Patents-in-Suit are asserted.[1] In two of the UTRF Cases, a subset of four of the Patents-in-Suit is asserted, with U.S. Patent No. 7,454,411 omitted.[2] In the remaining UTRF Case, another subset of four of the Patents-in-Suit is asserted, with U.S. Patent No. 6,741,983 omitted.[3]

5. The Patents-in-Suit include 131 claims, although Plaintiffs have not yet identified which (other than those listed in the Complaints) it plans to assert.

6. The Patents-in-Suit are asserted against a total of 33 products and services from Defendants:

- **Amazon** - Based on Amazon's understanding of Plaintiffs' Complaint, there are eight accused services offered by Amazon Web Services: (1) Amazon Redshift; (2) Amazon CloudWatch; (3) Auto Scaling; (4) Elastic Load Balancing; (5) Amazon Machine Learning; (6) Amazon Relational Database Services (RDS); (7) Amazon RDS for Oracle; and (8) Amazon Elastic Cloud Compute (EC2).

- **IBM** - IBM has two accused products: (1) DB2 for Linux, UNIX, and Windows (including pureScale capability); and (2) PureData System for Analytics N3001

- **HPE** - HPE has seven accused products: (1) Helion CloudSystem 9.0; (2) Helion CloudSystem 10.0 (collectively "Helion CloudSystem"); (3) Helion OpenStack 3.0; (4) Helion OpenStack 4.0 (collectively "Helion OpenStack"); (5) Vertica 8.1.x; (6) Vertica 8.0.x; and (7) Vertica 7.2.x (collectively "Vertica").

- **Microsoft** - Microsoft has ten accused products or services: (1) SQL Server 2012; (2) SQL Server 2014; (3) SQL Server 2016 (collectively "SQL Server"); (4) Windows Server 2012; (5) Windows Server 2012 R2; (6) Windows Server 2016 (collectively "Windows Server"); (7) Azure SQL Database; (8) High

---

[1] *Univ. of Tenn. Research Found., et al. v. Amazon.com, Inc., et al.*, No. 3:17-181-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Oracle Am., Inc.*, No. 3:17-186-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. SAP Am., Inc., et al.*, No. 3:17-193-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Teradata Operations, Inc.*, No. 3:17-194-HSM-CCS.

[2] *Univ. of Tenn. Research Found., et al. v. Hewlett Packard Enter. Co., et al.*, No. 3:17-185-HSM-CCS; *Univ. of Tenn. Research Found., et al. v. Microsoft Corp.*, No. 3:17-184-HSM-CCS.

[3] *Univ. of Tenn. Research Found., et al. v. Int'l Bus. Machs. Corp.*, No. 3:17-193-HSM-CCS.

5

Performance Computing (HPC) Pack 2012; (9) HPC Pack 2012 R2; and (10) HPC Pack 2016 (collectively "Microsoft HPC Pack").

- **Oracle** - Oracle has two groups of accused products: (1) some models of certain Exadata products; and (2) certain versions of Oracle Database 11g and Oracle Database 12c.

- **SAP** - SAP has two accused products: (1) SAP HANA 1.0 SPS05-SPS12 and SAP HANA 2.0 SPS00 (hereinafter "SAP HANA 1.0 and 2.0"); and (2) Sybase Adaptive Server Enterprise, versions including 15.7, 15.5, 15.0.1, and 15.0.3 Cluster Edition (hereinafter, "Sybase ASE")

- **Teradata** - Teradata has two accused products: (1) Teradata Database Versions 13.0 and later (including Teradata Database 13.00, 13.10, 14.00, 14.10, 15.00, 15.10, 16.00) ("Teradata Database"); and (2) Teradata Aster Analytics Portfolio (variously including: Aster Analytics 6.21, 6.20, 6.10, 6.00, 5.11, 5.10, 5.0-R2, 5.0-Rl) ("Teradata Aster").

The table below shows which patents are asserted against which products.

|  | **'733** | **'411** | **'106** | **'983** | **'612** |
|---|---|---|---|---|---|
| **Amazon** | Amazon Redshift; Amazon CloudWatch; Auto Scaling; Elastic Load Balancing | Amazon Redshift; Amazon CloudWatch; Auto Scaling; Elastic Load Balancing | Amazon Machine Learning; Amazon RDS; Amazon RDS for Oracle; Amazon EC2 | Amazon RDS; Amazon RDS for Oracle; Amazon EC2 | Amazon Machine Learning; Amazon RDS; Amazon RDS for Oracle; Amazon EC2 |
| **IBM** | DB2 for Linux, UNIX, & Windows (incl. pureScale capability) | DB2 for Linux, UNIX, & Windows (incl. pureScale capability) | PureData System for Analytics N3001 | N/A | PureData System for Analytics N3001 |
| **HPE** | Helion CloudSystem; Helion OpenStack | Not asserted | Vertica | Vertica | Vertica |

6

| | | | | | |
|---|---|---|---|---|---|
| **Microsoft** | SQL Server; Windows Server; Azure SQL Database; Microsoft HPC Pack | Not asserted | Azure SQL Database | SQL Server | SQL Server |
| **Oracle** | Some models of certain Exadata products; certain versions of Oracle Database 11g and Oracle Database 12c | Some models of certain Exadata products; certain versions of Oracle Database 11g and Oracle Database 12c | Certain versions of Oracle Database 11g and Oracle Database 12c | Certain versions of Oracle Database 11g and Oracle Database 12c | Certain versions of Oracle Database 11g and Oracle Database 12c |
| **SAP** | Sybase ASE | SAP HANA 1.0 and 2.0 | SAP HANA 1.0 and 2.0 | SAP HANA 1.0 and 2.0 | SAP HANA 1.0 and 2.0 |
| **Teradata** | Teradata Database | Teradata Database | Teradata Aster 6.2 and later | Teradata Aster 5.0 and later | Teradata Aster 6.2 and later |

7. Defendants are all, to varying degrees, competitors in multiple marketplaces. However, Defendants share a common interest in these UTRF Cases to defend themselves against Plaintiffs' allegations of patent infringement. Thus, for some overlapping issues, such as claim construction and the invalidity of the patents-in-suit, Defendants must coordinate and share information. But for other issues, such as non-infringement (involving highly-confidential technical information) and damages (involving highly-confidential financial information), some or all of the Defendants will have to guard against information sharing.

8. In all but one of the seven UTRF Cases, the Defendants have moved to dismiss the action for lack of venue under Fed. R. Civ. Pr. 12(b)(3), asserting, among other things, that

7

they do not have a "regular and established place of business" in the Eastern District of Tennessee.[4] Plaintiffs have submitted to Defendants written discovery specific to the venue issue, and counsel for the parties continue to meet and confer regarding the scope of such discovery. Additionally, in all but one of the UTRF Cases, Defendants have moved to dismiss the claims under Fed. R. Civ. P. 12(b)(6).

9. Pursuant to the Court's Orders of August 23, 2017, issued in the UTRF Cases, each Defendant has also conducted a separate Rule 26(f) conference with the Plaintiffs' counsel. The consensus from these conferences is that Plaintiffs and Defendants have divergent views concerning the timing and scope of discovery. For example, Defendants believe the Court should resolve the venue motions and related discovery issues and Rule 12(b)(6) motions prior to the commencement of merits-based discovery. Conversely, Plaintiffs believe that merits discovery should proceed prior to resolution of the Rule 12(b)(3) and 12(b)(6) motions. In addition, Defendants have various other disagreements with Plaintiffs including scheduling of key dates.

10. The parties are in general agreement that given the similar issues in these cases, and to the extent the actions are not dismissed under Rules 12(b)(3) or 12(b)(6), some level of coordination among the actions is appropriate to ensure the most efficient use of the Court's and the parties' resources. However, Defendants believe that until the Court determines which Defendants will remain in the Eastern District of Tennessee there are too many unknowns to set a schedule in the UTRF Cases or for the Defendants to attempt to coordinate on claim construction or discovery.

---

[4] The Defendants in *Univ. of Tenn. Research Found., et al. v. Microsoft Corp.*, No. 3:17-184-HSM-CCS, have not moved to dismiss for lack of venue under Rule 12(b)(3).

8

11.     Defendants respectfully submit that this is a complex case – the joint coordination of the seven cases involving a total of five patents, 131 claims and assertions of infringement against at least 33 accused products.  And it is uncertain which Defendants will remain in the case once decisions are made on the pending venue motion.  Thus, Defendants submit that a consolidated case-management conference would be useful to the Court and parties. Defendants also propose that to the extent the court permits the conference, Plaintiffs and Defendants would each submit a consolidated brief to the Court in advance of the hearing setting forth their respective positions on the case-management matters raised in their Rule 26(f) reports.

12.     Plaintiffs have stated that they oppose a Case Management Conference in part because "Plaintiffs are concerned that Defendants' request for an in-person scheduling conference is an attempt by Defendants to argue the merits of their venue defenses before the Court is afforded the opportunity to review the complete briefing on Defendants' motions to dismiss."  Ex. A (email from Daniel Hipskind to Crews Townsend of September 13, 2017). Plaintiffs' stated concern is misplaced.  Defendants are not attempting to argue the merits of the venue defenses before briefing is complete, and hereby commit that they will not affirmatively raise the merits of any of the Defendants' venue motions at the requested in-person scheduling conference.

Accordingly, Defendants respectfully request that this Court set a consolidated scheduling conference applicable to the UTRF Cases.

Dated: September 13, 2017

9

Respectfully submitted,

/s/ G. Hopkins Guy, III
G. Hopkins Guy, III
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Tel: (650) 739-7510
hop.guy@bakerbotts.com

Jamie R. Lynn
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2400
Tel. (202) 639-7700
jamie.lynn@bakerbotts.com

Michelle J. Eber
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Tel. (713) 229-1223
michelle.eber@bakerbotts.com

MILLER & MARTIN PLLC

By: s/ *C. Crews Townsend*
C. Crews Townsend, BPR No. 012274
Meredith C. Lee, BPR No. 033948
1200 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
Facsimile (423) 785-8480

***Attorneys for Defendant Teradata Operations, Inc.***

10

BASS, BERRY & SIMS, PLC

By: s/ *Britt K. Latham*
Britt K. Latham
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 2800
Nashville, TN  37201
Telephone (615) 742-7762
Facsimile (615) 742-2847
blatham@bassberry.com

Hilda C. Galvan
JONES DAY (DALLAS)
2727 N. Harwood Street
Dallas, TX  75201-1515
Telephone (214) 220-3939
Facsimile (214) 969-5100
hcgalvan@jonesday.com

Jeffrey M. White
JONES DAY (DALLAS)
2727 N. Harwood Street
Dallas, TX  75201-1515
Telephone (214) 220-3939
Facsimile (214) 969-5100
jwhite@jonesday.com

John A. Marlott
JONES DAY (CHICAGO)
77 West Wacker
Chicago, IL  60601-1692
Telephone (312) 782-3939
Facsimile (312) 782-8585
jmarlott@jonesday.com

*Attorneys for Defendant International Business Machines Corporate*

11

15911087v1  08888-1260
15914820v1  08888-0185
Case 3:17-cv-00185-HSM-CCS   Document 30   Filed 09/13/17   Page 11 of 18   PageID #: 450

PAINE BICKERS LLP

By: s/ *Lindsey M. Collins*
Lindsey M. Collins
900 S. Gay Street
2200 Riverview Tower
Knoxville, TN 37902
Telephone (865) 599-0682
Facsimile (865) 521-7441

Mark N. Reiter
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
mreiter@gibsondunn.com
Telephone (214) 698-3100

Matthew J. Evans
PAINE BICKERS LLP
900 S. Gay Street
2200 Riverview Tower
Knoxville, TN 37902
mje@painetar.com
Telephone (865) 599-0682
Facsimile (865) 521-7441

Michael A. Valek
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
mvalek@gibsondunn.com
Telephone (214) 698-3100

Neema Jalali
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
njalali@gibsondunn.com
Telephone (214) 698-3100

12

Tracey B. Davies
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
tdavies@gibsondunn.com
Telephone (214) 698-3100

***Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.***

PAINE BICKERS LLP

By: s/ *Lindsey M. Collins*
Lindsey M. Collins
900 S. Gay Street
2200 Riverview Tower
Knoxville, TN 37902
Telephone (865) 599-0682
Facsimile (865) 521-7441

Mark N. Reiter
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
mreiter@gibsondunn.com
Telephone (214) 698-3100

Matthew J. Evans
PAINE BICKERS LLP
900 S. Gay Street
2200 Riverview Tower
Knoxville, TN 37902
mje@painetar.com
Telephone (865) 599-0682
Facsimile (865) 521-7441

13

15911087v1 08888-1260
15914820v1 08888-0185
Case 3:17-cv-00185-HSM-CCS   Document 30   Filed 09/13/17   Page 13 of 18   PageID #: 452

Michael A. Valek
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
mvalek@gibsondunn.com
Telephone (214) 698-3100

Neema Jalali
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
njalali@gibsondunn.com
Telephone (214) 698-3100

Tracey B. Davies
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
tdavies@gibsondunn.com
Telephone (214) 698-3100

***Attorneys for Defendant Microsoft Corporation***

PAINE BICKERS LLP

By:  s/ *Lindsey M. Collins*
Lindsey M. Collins
900 S. Gay Street
2200 Riverview Tower
Knoxville, TN 37902
Telephone (865) 599-0682
Facsimile (865) 521-7441

Mark N. Reiter
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
mreiter@gibsondunn.com
Telephone (214) 698-3100

14

Matthew J. Evans
PAINE BICKERS LLP
900 S. Gay Street
2200 Riverview Tower
Knoxville, TN  37902
mje@painetar.com
Telephone (865) 599-0682
Facsimile (865) 521-7441

Michael A. Valek
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
mvalek@gibsondunn.com
Telephone (214) 698-3100

Neema Jalali
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
njalali@gibsondunn.com
Telephone (214) 698-3100

Tracey B. Davies
GIBSON, DUNN & CRUTCHER LLP (TX)
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
tdavies@gibsondunn.com
Telephone (214) 698-3100

***Attorneys for Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC***

15

HUNTER, SMITH & DAVIS (KINGSPORT)

By: s/ *Jimmie C. Miller*
Jimmie C. Miller
1212 N. Eastman Road
P.O. Box 3740
Kingsport, TN 37664
Telephone (423) 378-8800
Facsimile (423) 378-8801

***Attorney for Defendant Oracle America, Inc.***

MILLER & MARTIN

By: s/ *James T. Williams, IV*
James T. Williams, IV
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
james.williams@millermartin.com
Telephone (423) 756-6600
Facsimile (423) 785-8480

Aleksander J. Goranin
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
agoranin@duanemorris.com
Telephone (215) 979-1000
Facsimile (215) 979-1020

16

Louis Norwood Jameson
Alison Haddock Hutton
DUANE MORRIS LLP
1075 Peachtree Street NE
Suite 2000
Atlanta, GA 30309-3929
Philadelphia, PA  19103
wjameson@duanemorris.com
ahhutton@duanemorris.com
Telephone (215) 979-1000
Facsimile (215) 979-1020

***Attorneys for Defendants SAP America, Inc. and Sybase, Inc.***
*.*

17

15911087v1  08888-1260
15914820v1  08888-0185
Case 3:17-cv-00185-HSM-CCS   Document 30   Filed 09/13/17   Page 17 of 18   PageID #: 456

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

s/ C. Crews Townsend
C. Crews Townsend

18

15911087v1  08888-1260
15914820v1  08888-0185
Case 3:17-cv-00185-HSM-CCS   Document 30   Filed 09/13/17   Page 18 of 18   PageID #: 457