UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br>*Plaintiffs,*<br><br>v.<br><br>**HEWLETT PACKARD ENTERPRISE COMPANY AND HP ENTERPRISE SERVICES, LLC,**<br>*Defendants*. | Civil Action No. 3:17-cv-00185-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINES ON BRIEFING ON DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE AND FOR FAILURE TO STATE A CLAIM PENDING VENUE DISCOVERY**

Plaintiffs University of Tennessee Research Foundation ("UTRF") and Saint Matthew Research, LLC ("SMR") (collectively, "Plaintiffs"), through undersigned counsel, respectfully request that the Court enter an Order modifying the briefing schedule pertaining to Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC's (collectively, "HPE") Motion to Dismiss For Improper Venue and for Failure to State a Claim (Dkt. No. 26, "Motion") to allow time for Plaintiffs to obtain discovery from HPE relating to HPE's pending Motion.

The current deadline for Plaintiffs' Response to HPE's Motion is September 21, 2017. Plaintiffs respectfully request, and Defendants do not oppose, an Order extending the briefing schedule on HPE's pending Motion to allow for reasonably-tailored, venue-related discovery. Accordingly, Plaintiffs hereby request, and HPE does not oppose, that briefing on HPE's pending Motion be extended and that the following briefing and venue discovery schedule be entered as to Plaintiffs and HPE:

1

| Event | Deadline |
|---|---|
| Deadline to complete venue discovery | October 27, 2017 |
| Plaintiffs' deadline to respond to HPE's Motion | November 10, 2017 |
| HPE's deadline to file its Reply in support of its Motion | November 21, 2017 |

Dated:  September 15, 2017

Respectfully submitted,

s/Daniel P. Hipskind  
WAYNE A. RITCHIE II (BPR 013936)  
JAMES R. STOVALL (BPR #032512)  
RITCHIE, DILLARD, DAVIES  
& JOHNSON, P.C.  
606 West Main Avenue, Suite 300  
P.O. Box 1126  
Knoxville, Tennessee 37901-1126  
(865) 637-0661  
E-mail: war@rddjlaw.com  
E-mail: jstovall@rddjlaw.com  

OF COUNSEL:

Dorian S. Berger (CA SB No. 264424)  
*Admitted pro hac vice*  
Daniel P. Hipskind (CA SB No. 266763)  
*Admitted pro hac vice*  
Eric B. Hanson (CA SB No. 254570)  
*Admitted pro hac vice*  
BERGER & HIPSKIND LLP  
1880 Century Park East, Ste. 815  
Los Angeles, CA 95047  
Telephone: 323-886-3430  
Facsimile: 323-978-5508  
E-mail: dsb@bergerhipskind.com  
E-mail: dph@bergerhipskind.com  
E-mail: ebh@bergerhipskind.com  

*Attorneys for Plaintiffs University of Tennessee Research Foundation and Saint Matthew Research, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this September 15, 2017 with a copy of this document via the Court's CM/ECF System.

                                        /s/ Daniel P. Hipskind
                                          Daniel P. Hipskind