IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br>*Plaintiffs,*<br><br>v.<br><br>**HEWLETT PACKARD ENTERPRISE COMPANY AND HP ENTERPRISE SERVICES, LLC,**<br>*Defendants*. | Civil Action No. 3:17-cv-00185-HSM-CCS<br><br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES ON BRIEFING OF DEFENDANTS' MOTION TO DISMISS DUE TO IMPROPER VENUE AND FOR FAILURE TO STATE A CLAIM PENDING VENUE DISCOVERY**
**[PROPOSED]**

Plaintiffs University of Tennessee Research Foundation ("UTRF") and Saint Matthew Research, LLC ("SMR") (collectively, "Plaintiffs") have filed a motion to modify the briefing schedule pertaining to Defendants Hewlett Packard Enterprise Company and HP Enterprise Services, LLC's (collectively, "HPE") Motion to Dismiss for Improper Venue and for Failure to State a Claim pursuant to the following schedule:

| Event | Deadline |
|---|---|
| Deadline to complete venue discovery | October 27, 2017 |
| Plaintiffs' deadline to respond to HPE's Motion | November 10, 2017 |
| HPE's deadline to file its Reply in support of its Motion | November 21, 2017 |

For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of September, 2017.

_____
Hon. Henry S. Mattice, Jr.
Judge, United States District Court